UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Luis Alberto Salgado__   JOINT DEBTOR: __Sandra Delgado__  CASE NO.: __17-18950__
Last Four Digits of SS# __1460__   Last Four Digits of SS# __4884__

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $__1,400.46__ for months __1__ to __60__ ;
B.  $_____ for months _____ to _____ ;
C.  $_____ for months _____ to _____ ;in order to pay the following creditors:

<u>Administrative:</u>   Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00  TOTAL PAID $ 1,100.00
                Balance Due - $2,550.00  payable $ 364.29 /month (Months __1__ to __7__ )

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __Wells Fargo Bank__          Arrearage on Petition Date  $ 13,500.00
Address: __PO Box 10438__        Arrears Payment  $ 67.90 /month (Months __1__ to __7__ )
         __Des Moines, IA 50306__  Arrears Payment  $245.76/month (Months __8__ to __60__ )
Account No: 68068001163190001    Regular Payment  $828.22/month (Months __1__ to __60__ )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To __60__ | $0.00 |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                         Payable  $_____/month (Months_____ to _____ )

<u>Unsecured Creditors:</u>  Pay $ 186.43 month  (Months 8 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ally Financial (2009 Ford) and Space Coast Credit Union (2nd Mtg) are being paid outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____          _____/s_____
Debtor                          Joint Debtor
Date: __07/17/2017__            Date: __07/17/2017__

LF-31 (rev. 01/08/10)