UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

_____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR:___Luis Alberto Salgado___   JOINT DEBTOR:___Sandra Delgado___CASE NO.: 17-18950-AJC___
Last Four Digits of SS#___1460___   Last Four Digits of SS#_____4884_____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____60_____ months.   In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.     $___1,400.46___   for months ___1___ to ___2___;
B.     $___1,344.00___   for months ___3___ to ___60___;in order to pay the following creditors:

Administrative:        Attorney's Fee -$_3,500.00 +150.00 Costs = $3,650.00_  TOTAL PAID $_1,100.00_
                       Balance Due -  $2,550.00__ payable $__255.00__/month  (Months ___1___ to __10__)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.___Wells Fargo Bank (POC 3-1)___        Arrearage on Petition Date  $9,938.64 x 6.64% = $11,706.60_
Address:___PO Box 10438___               Arrears Payment      $_177.19_/month  (Months __1__ to _2_)
     ___Des Moines, IA 50306___          Arrears Payment      $126.39/month  (Months __3__ to _10_)
Account No: 68068001163190001            Arrears Payment      $206.82/month  (Months _11_ to _60_)
                                         Regular Payment      $828.22/month  (Months __1__ to _60_)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.   A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | __1__ To ___60___ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____        Total Due $_____
                             Payable  $_____/month  (Months_____ to _____)

Unsecured Creditors:   Pay $174.56 month  (Months 11_ to _60_)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ally Financial (2009 Ford) and Space Coast Credit Union (2nd Mtg) are being paid outside the Chapter 13 Plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____          _____/s_____
Debtor                                    Joint Debtor
Date:_____09/21/2017_____               Date:_____09/21/2017_____