| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Luis Alberto Salgado |
| Debtor 2 (Spouse, if filing) | Sandra Salgado |
| United States Bankruptcy Court for the: | Southern District of Florida (Miami) |
| Case number | 17-18950 |

**Official Form 410S2**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 5178

**Court claim no.** (if known): 3

**Uniform Claim Identifier:** WFCHEQ1718950FLS48846319

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | | (3) $ 0.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |
| 11. Other. Specify: HAZ INS PREMIUM | 4/12/2019, 8/8/2019 | (11) $ 5,441.00 |
| 12. Other. Specify: | | (12) $ 0.00 |
| 13. Other. Specify: | | (13) $ 0.00 |
| 14. Other. Specify: | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

| Debtor 1 | Luis | Alberto | Salgado | Case number (if known) | 17-18950 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.    (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Melissa Ann Anderson                    Date  08/16/2019
Signature

Print: Melissa Ann Anderson                   Title  VP Loan Documentation
First Name    Middle Name    Last Name

Specific Contact Information:                 Wells Fargo Bank, N.A.
P: 800-274-7025                               MAC N9286-01Y
E: 180DayInquiries@wellsfargo.com             1000 Blue Gentian Road
                                              Eagan, MN 55121-7700

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida (Miami)

Chapter 13 No. 17-18950

In re:  Judge: A. Jay Cristol

Luis Alberto Salgado and Sandra Salgado

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before August 16, 2019, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid:

Luis Alberto Salgado
Sandra Salgado
1115 NE 135 St
Miami, FL 33161

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid:

Patrick L Cordero, Esq
7333 Coral Way
Miami, FL 33155

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid:

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)

1134885-16684358-20d1-4ede-8f2e-6ddb3b324078-